THE SEHAT LAW FIRM, P.L.C.
Cameron Sehat, Esq. (SBN: 256535)
18881 Von Karman Ave., Suite 850
Irvine, California 92612
Telephone: (949) 825-5200
Facsimile: (949) 313-5001
Email: cameron@sehatlaw.com

Attorney for Petitioner J.M.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M., a minor, by and through his guardian *ad litem* Christopher Martinez, individually and as successor-in-interest to Alberto Wayne Martinez, deceased; TAMMY MARTINEZ, individually; MANUEL MARTINEZ, individually<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF TEHAMA, a governmental entity; and DOES one thru ten, individually<br><br>Defendants. | Case No.: 2:19-CV- 02297<br><br>**ORDER RE PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM (F.R.C.P. 17(c)(2),** |

Good cause appearing, the Petition for an order appointing Christopher Martinez as guardian ad litem for Petitioner is hereby GRANTED. The January 27, 2020 hearing date as to this motion only (Docket No. 10) is VACATED.

IT IS SO ORDERED.

Dated: December 27, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE