UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| J.M., a minor, by the through his guardian ad litem Christopher Martinez, individually and as successor-in-interest to Alberto Wayne Martinez, deceased; TAMMY MARTINEZ, individually; MANUEL MARTINEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF TEHAMA, a governmental entity; and DOES one through ten, individually,<br><br>Defendants. | No. 2:19-cv-02297 WBS DMC<br><br>ORDER RE: MOTION TO DISMISS |

----oo0oo----

Plaintiffs J.M., a minor, individually and as successor-in-interest to decedent Alberto Wayne Martinez ("Martinez"), and Tammy and Manuel Martinez, individually, brought this action against the County of Tehama ("the County") alleging, inter alia, violation of Martinez's civil rights under

1

42 U.S.C. § 1983.  (Compl. (Docket No. 1).)  Plaintiffs' third, fourth, and fifth causes of action allege municipal liability under ratification, inadequate training, and unconstitutional policy theories.  (Id. ¶¶ 44-71.)  The County moved to dismiss these three claims on December 16, 2019.  (Mot. to Dismiss (Docket No. 6-1).)  Plaintiffs filed a statement of non-opposition on January 13, 2020.  (Docket No. 13.)  In light of plaintiffs' non-opposition, the court will grant defendant's motion to dismiss.

        IT IS THEREFORE ORDERED that defendant's motion to dismiss plaintiffs' third, fourth, and fifth causes of action (Docket No. 6) be, and the same thereby is, GRANTED.  The hearing set for January 27, 2020 at 1:30 p.m. is VACATED.

Dated:  January 14, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE