THE SEHAT LAW FIRM, PLC
Cameron Sehat, Esq. (SBN: 256535)
18881 Von Karman Ave., Suite 850
Irvine, California 92612
Telephone:  (949) 825-5200
Facsimile: (949) 313-5001
Email: cameron@sehatlaw.com

Attorney for Plaintiffs,
J.M., Tammy Martinez, and Manuel Martinez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M., a minor, by and through his guardian *ad litem* Christopher Martinez, individually and as successor-in-interest to Alberto Wayne Martinez, deceased; TAMMY MARTINEZ, individually; MANUEL MARTINEZ, individually<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF TEHAMA, a governmental entity; and DOES ONE though TEN, individually<br><br>Defendants. | Case No.:  2:19-CV-02297-WBS-DMC<br><br>**ORDER SUBSTITUTING PARTIES** |

Having reviewed the stipulation of Plaintiffs and Defendant County of Tehama to substitute parties, it is hereby ORDERED that:

1. Steve Hoag is to be substituted as a party to this action in place of the party identified in the Complaint as "DOE ONE".
2. Detective Ryan Frank is to be substituted as a party to this action in place of the party identified in the Complaint as "DOE TWO".

**IT IS SO ORDERED.**

**Dated: February 5, 2020**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE