1  BRUCE A. KILDAY, S.B. 66415
     Email: bkilday@akk-law.com
2  DERICK E. KONZ, S.B. 286902
     Email: dkonz@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
4  Attorneys at Law
   601 University Avenue, Suite 150
5  Sacramento, CA  95825
6  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
7
8  Attorneys for Defendants COUNTY OF TEHAMA, RYAN FRANK, and STEVE HOAG

9  **THE SEHAT LAW FIRM, PLC**
10 Cameron Sehat, Esq. (SBN: 256535)
   18881 Von Karman Ave., Suite 850
11 Irvine, California 92612
12 Telephone: (949) 825-5200
   Facsimile: (949) 313-5001
13 Email: cameron@sehatlaw.com

14 Attorney for Plaintiffs,
15 J.M., TAMMY MARTINEZ, and MANUEL MARTINEZ

16
                    **UNITED STATES DISTRICT COURT**
17
                    **EASTERN DISTRICT OF CALIFORNIA**
18

19
| | |
|---|---|
| J.M., a minor, by and through his guardian *ad litem* Christopher Martinez, individually and as successor-in-interest to Alberto Wayne Martinez, deceased; TAMMY MARTINEZ, individually; MANUEL MARTINEZ, individually,<br><br>                    Plaintiffs,<br><br>         vs.<br><br>COUNTY OF TEHAMA, et al.,<br><br>                    Defendants. | Case No.: 2:19-cv-02297-WBS-DMC<br><br>**STIPULATION FOR DISMISSAL AND ORDER** |

-1-
STIPULATION FOR DISMISSAL AND ORDER

It is hereby stipulated, by and between Plaintiffs J.M. (by and through his guardian ad litem Christopher Martinez), TAMMY MARTINEZ, and MANUEL MARTINEZ and Defendants COUNTY OF TEHAMA, RYAN FRANK, and STEVE HOAG, through their respective counsel, that this entire action shall be dismissed with prejudice as to all parties and all claims with each side to bear their own costs and attorneys' fees.

**SO STIPULATED.**

Dated: 4/30/20                                ANGELO, KILDAY & KILDUFF, LLP

                                                             */s/ Derick E. Konz*
                                              By:_____
                                                  Derick E. Konz
                                                  Bruce A. Kilday
                                                  Attorneys for Defendants

Dated: 4/30/20June 26, 2020         THE SEHAT LAW FIRM, PLC

                                                             */s/ Cameron Sehat*
                                                                 (authorized on April 30, 2020)
                                              By:_____
                                                  Cameron Sehat, Esq.
                                                  Attorneys for Plaintiffs

### ORDER

Pursuant to the stipulation of the parties, IT IS ORDERED, that all claims and this entire action are hereby dismissed with prejudice against Defendants COUNTY OF TEHAMA, RYAN FRANK, and STEVE HOAG, with each side to bear their own attorneys' fees and costs.

Dated: June 26, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE